IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| : | |
| v.  : | CRIMINAL ACTION NO. |
| : | 1:08-CR-0103-6-RWS |
| TELISHA WATTS, : | |
| : | |
| Defendant. : | |

**ORDER**

This case is before the Court for consideration of the Final Report and Recommendation [155] of Magistrate Judge C. Christopher Hagy. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant Watts' Motion to Vacate Sentence [137] is **DENIED**. Further, Defendant Watts is **DENIED** a Certificate of Appealability.

**SO ORDERED** this  18th  day of August, 2011.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)